UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2025

GUSTAVO HOLGUIN,

                              Petitioner,

              -v-

WILLIAM LEE,

                              Respondent.

**ORDER**

13-CV-1492 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Petitioner Gustavo Holguin, who is proceeding *pro se*, filed his petition for writ of habeas corpus on March 4, 2013. ECF No. 2. On March 10, 2016, the Court denied the petition. ECF No. 38, *adopting report and recommendation at* ECF No. 34. Judgment was entered on March 14, 2016, ECF No. 39, and this case was terminated on the same date. Petitioner then filed a notice of appeal, ECF No. 40, which the Second Circuit dismissed because there was no substantial showing of a denial of a constitutional right. ECF No. 41.

On September 16, 2025, Petitioner filed a motion for reconsideration under Federal Rule of Civil Procedure 60(b). ECF Nos. 42–43. By Amended Order of Reference dated September 18, 2025, Judge Schofield referred this action to the undersigned for habeas corpus, including a report and recommendation on the motion for reconsideration. ECF No. 44.

1

Pursuant to Local Civil Rules 6.1 and 6.3, any opposing or response papers were due by September 30, 2025 (within 14 days of service of the moving papers). To date, no opposing or response papers have been filed by Respondent.

Given that this case was terminated nearly ten years ago, the undersigned *sua sponte* extends Respondent's time to respond to the motion for reconsideration to **October 31, 2025**.  Petitioner's time to submit a reply in support of his motion is also extended to **December 1, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* litigant.

**SO ORDERED.**

Dated: October 1, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge