UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUSTAVO HOLGUIN,

                    Petitioner,

          -v-

WILLIAM LEE,

                    Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**ORDER**

13-CV-1492 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of a letter from Petitioner stating that, as of December 8, 2025, he had not yet received a copy of the Governments' response.  ECF No. 49. The Government filed its response on November 28, 2025, at ECF No. 48 and noted that a copy had been mailed to Petitioner.

The Government is directed to serve another copy of its response on Petitioner.  Petitioner's deadline to file a reply is extended from December 29, 2025, to **January 30, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* litigant.

**SO ORDERED.**

Dated: December 23, 2025
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1