UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

GUSTAVO HOLGUIN,

Petitioner,

-against-

MICHAEL RITTER,

Respondent.

---------------------------------------------------------- X

13 Civ. 1492 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 2, 2026, Magistrate Judge Henry Ricardo issued a Report and Recommendation recommending denial of Petitioner's September 16, 2025, motion for reconsideration.

WHEREAS, Petitioner mailed objections to the Report and Recommendation, which were docketed on July 28, 2026.

WHEREAS, the Order dated July 29, 2026 (the "July 29 Order") stated that Petitioner's objections were missing page 7 and directed Petitioner to, by August 19, 2026, mail either (1) a copy of the missing page or (2) a letter advising that he is unable to do so. It is hereby

**ORDERED** that the July 29 Order is amended to correct an error. The July 29 Order refers to a missing "page 7," but the missing page is page 6. Accordingly, Petitioner shall, by **August 19, 2026**, file or mail either (1) a copy of the missing page 6 or (2) a letter advising that he is unable to do so. The July 29 Order is otherwise unchanged.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Petitioner.

Dated: August 4, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE