USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUSTAVO HOLGUIN,

Petitioner,

-v-

WILLIAM LEE,

Respondent.

**ORDER**

13-CV-1492 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of respondent's letter at ECF No. 62. Respondent is directed to mail a copy of the Order Adopting the Report and Recommendation at ECF No. 61 to the Petitioner at his new address. Respondent shall file proof of service of the Order by **October 7, 2026**.

**SO ORDERED.**

Dated: September 30, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge